No. — – ——. IN RE RESIGNATION OF CARDEN. Motion of Philip M. Carden, of Nashville, Tenn., to resign as a member of the Bar of this Court is granted. It is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this matter.

No. D–49. IN RE DISBARMENT OF ISHLER. It is ordered that Loren Grant Ishler, of Toledo, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this matter.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Motion of Special Master for allowance of compensation granted and it is ordered that such costs be borne equally by the parties to this litigation. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier orders herein, see, e. g., 420 U. S. 904.]

No. 74–389. ALBEMARLE PAPER CO. ET AL. v. MOODY ET AL. C. A. 4th Cir. [Certiorari granted, 419 U. S. 1068.] Motion of petitioners for leave to file supplemental brief after argument granted. MR. JUSTICE DOUGLAS and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 74–6321. STRATTON v. GROSSMAN ET AL. Motion for leave to file petition for writ of mandamus denied.